**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1870**
_____

HESMAN TALL,

             Plaintiff - Appellant,

      v.

COMMISSIONER OF THE HOWARD COUNTY HOUSING AUTHORITY,

             Defendant - Appellee.

_____

**No. 23-1189**
_____

HESMAN TALL,

             Plaintiff - Appellant,

      v.

COMMISSIONER OF HOWARD COUNTY HOUSING AUTHORITY,

             Defendant - Appellee.

_____

Appeals from the United States District Court for the District of Maryland, at Greenbelt.
George Jarrod Hazel, District Judge.  (8:21-cv-02123-GJH)

_____

Submitted:  May 18, 2023                              Decided:  May 22, 2023

_____

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Hesman Tall, Appellant Pro Se. Cynthia G. Peltzman, Senior Assistant County Solicitor, HOWARD COUNTY OFFICE OF LAW, Ellicott City, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall appeals the district court's orders granting Defendant's motion to dismiss, initially giving Tall the opportunity to file an amended complaint, and subsequently dismissing the complaint with prejudice after Tall failed to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tall v. Comm'r of the Howard Cnty. Hous. Auth.*, No. 8:21-cv-02123-GJH (D. Md. July 15, 2022; filed Jan. 31 & entered Feb. 1, 2023). We deny Tall's motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*